# Plaintiff's Exhibit

# A



email sign-up | studio finder | education finder | international | your cart | contact us

**company** | **pilates** | **education** | **community** | **store**

### EDUCATION

- Education Finder®
- Instructor Training
- Bridge Program
- Host Sites
- Faculty
- **Anatomy in Three Dimensions™**
- Balanced Body Barre™
- CoreAlign®
- Passing the Torch™
- Pilates on Tour®
- On the Road™
- Workshops



## Anatomy in Three Dimensions™

Anatomy in Three Dimensions™ is the best way to understand the musculoskeletal system and integrate anatomical knowledge into your teaching. In these courses you build the muscles out of clay on a specially designed skeleton helping you imprint the bodies design deeply into your mind and body.

Balanced Body has been offering these courses for over six years and we've taught hundreds of students. We offer both introductory and advanced level courses to help you understand the science behind the method.

These courses are designed to help anyone working with the body gain a deeper understanding of how the muscles and bones affect movement and have helped Pilates instructors, Yoga teachers, Chiropractors, Acupuncturists, Osteopaths and others gain amazing practical insight into the body.

Balanced Body® teaches Anatomy in Three Dimensions™ around the world at AI3D Partner Host Sites and at most Pilates on Tour® conferences. In addition, we can bring an AI3D class to your facility.

**Here's what students are saying:**

*Anatomy in Three Dimensions was fantastic!*

*I thought Anatomy in Three Dimensions was a great hands on experience, a great way to learn!*

*Anatomy in Three Dimensions is an amazing way to learn our*

**Want to bring Anatomy in Three Dimensions™ to your facility? Here's what you need to know:**

**Fee\*:**

- 2 days: 14 hours, $475/person
- 3 days: 21 hours, $625/person
  *The 3 day course adds additional movement concepts.*
- Minimum number of students: six to 12 for one instructor, 13-20 for two instructors.
- Participants: AI3D is great for beginners as well as anatomy nerds! Pilates and Yoga instructors, Chiropractors, Acupuncturists, Massage Therapists, Personal Trainers, Athletic Trainers, Physical Therapists, MDs, etc., are welcome.
- Required Text - Trail Guide to the Body, 4th ed. by Andrew Biel, LMP. Bring your own copy or purchase it at the beginning of class.
- Studio will need to provide:
  — Tables (six-foot fold-out tables work well) / One per 2-3 students
  — Chairs / one per student
  — Wall to project an image onto
- Facility must be able to receive a small pallet of materials before the workshop, and work with Balanced Body® to prepare the items for pickup after the training.
- Studio receives a fee to host the course, based on attendance.

[Upcoming Classes] [Host Sites] [Faculty]

*body's structural system and how it relates to Pilates. It was also very helpful to find muscles via self-palpation or on a partner.*

*\* Prices shown are for continental US only.*

*ANATOMY IN THREE DIMENSIONS is a trademark of Balanced Body Inc.*