IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01812-RM-CBS

ZAHOUREK SYSTEMS, INC.

Plaintiff,

v.

BALANCED BODY UNIVERSITY, LLC

Defendant.

**CORPORATE DISCLOSURE STATEMENT**

COME NOW the Plaintiff, Zahourek Systems, Inc. (hereinafter "Zahourek" or "Plaintiff") through its undersigned attorneys to file this Rule 7 Corporate Disclosure Statement:

Identify all parent entities and list any publicly held entity that owns ten percent or more of the party's stock:

None.

DATED this 20th day of August, 2013.

    Respectfully submitted,
    **SANTANGELO LAW OFFICES**
    By: /s/ Luke Santangelo
    LUKE SANTANGELO
    Santangelo Law Offices, P.C.
    125 S. Howes Street, 3rd Floor
    Fort Collins, CO  80521
    Telephone:  (970) 224-3100
    Facsimile (970) 224-3175
    Email: lsantangelo@idea-asset.com
    Attorney for Plaintiff, Zahourek Systems, Inc.

2

## CERTIFICATE OF SERVICE

I certify that on this  20th  day of August, 2013, a true and correct copy of the foregoing CORPORATE DISCLOSURE STATEMENT was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Gordon E. R. Troy - gtroy@webtm.com
Carolyn V. Juarez - carolyn@juarezlawllc.com

                                              By:    /s/ Luke Santangelo
                                                          Luke Santangelo