IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01812-RM-CBS

ZAHOUREK SYSTEMS, INC.

Plaintiff,

v.

BALANCED BODY UNIVERSITY, LLC

Defendant.

## NOTICE OF RELATED CASES

COME NOW the Plaintiff, Zahourek Systems, Inc. (hereinafter "Zahourek" or "Plaintiff") through its undersigned attorneys to file this Notice of Related Cases:

Name of Court:        United States District Court Eastern District of California

Case No.:             13-cv-01606-LKK-EFB

Judge assigned:       Lawrence K. Karlton

Status:               Pending

Reason Cases are Related:   Two parties, Zahourek Systems, Inc. and Balanced Body University, LLC, in the present case and Case Number 13-cv-01606-LKK-EFB are the same.

DATED this 20th day of August, 2013.

                                         Respectfully submitted,
                                         **SANTANGELO LAW OFFICES**
                                         By: /s/ Luke Santangelo_____
                                         LUKE SANTANGELO
                                         Santangelo Law Offices, P.C.
                                         125 S. Howes Street, 3rd Floor
                                         Fort Collins, CO   80521
                                         Telephone:   (970) 224-3100
                                         Facsimile (970) 224-3175
                                         Email: lsantangelo@idea-asset.com
                                         Attorney for Plaintiff, Zahourek Systems, Inc.

**CERTIFICATE OF SERVICE**

I certify that on this  20th   day of August, 2013, a true and correct copy of the foregoing NOTICE OF RELATED CASES was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Gordon E. R. Troy - gtroy@webtm.com
Carolyn V. Juarez - carolyn@juarezlawllc.com

By:   /s/ Luke Santangelo
      Luke Santangelo
