IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   13-cv-01812-RM-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date:          April 21, 2014 | Courtroom Deputy:    Courtni Covington |

*Parties:*                                                  *Counsel:*

ZAHOUREK SYSTEMS, INC.,                          Luke R. Santangelo

     Plaintiff,

v.

BALANCED BODY UNIVERSITY, LLC,          Carolyn V. Juarez
                                                          Gordon Troy

     Defendant.

---

### COURTROOM MINUTES/MINUTE ORDER

---

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in session:       8:31 a.m.**
Court calls case.  Appearances of counsel.

The court clarifies with Defense counsel that **Motion to Dismiss Plaintiff's Verified Petition to Compel Arbitration in Lieu of Answer Under Rule 12(b)(6)** [Doc. No. 10] is now moot in light of the filing of Doc. No. 13 and Doc. No. 18.

**ORDERED:**          *Motion to Dismiss Plaintiff's Verified Petition to Compel Arbitration in Lieu of Answer Under Rule 12(b)(6)* [Doc. No. 10, filed ] is **DENIED as moot**.

Discussion between the court and counsel regarding **Defendant's Motion for Leave to Conduct Limited Discovery and File Supplementary Brief in Support of Defendant's Motion to Dismiss** [Doc. No. 30].

Discussion held regarding the discovery counsel for Defendant intends to seek and a related action involving the same Plaintiff.

The court notes it will not allow discovery until briefing on Doc. No. 30 is complete and it will contact Judge Moore to advise he should defer action on the current **Motion to Dismiss** [Doc. No. 18] until determination has been made as to what, if any, discovery will be conducted and briefing supplemented.

Discussion between the court and the parties regarding voluntary production of documents.

HEARING CONCLUDED.

**Court in recess:**      **8:53 a.m.**
Total time in court:    00:22

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.