IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 13-cv-01812-RM-CBS | Date: June 5, 2014 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*          *Counsel:*

ZAHOUREK SYSTEMS, INC.          Luke Santangelo

Plaintiff,

v.

BALANCED BODY UNIVERSITY, LLC          Carolyn Juarez
         Gordon Troy (by telephone)

Defendant.

---

### COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session: 01:29 p.m.**
Court calls case. Appearances of counsel.

Discussion regarding Motion for Leave to Conduct Limited Discovery & File Supplementary Brief in Support of Defendant's Motion to Dismiss [30], discovery, and Defendant's Motion to Dismiss [18].

The Court suggests that the Defendant withdraw Motion to Dismiss [18], both parties file a Motion for a hearing with Judge Moore about contractual agreement, and ask for a date certain.

**ORDERED:**    Defendant's Motion for Leave to Conduct Limited Discovery and File Supplementary Brief in Support of Defendant's Motion to Dismiss [30] is **DENIED**.

              A Telephonic Status Conference is set for June 12, 2014 at 10:45 a.m. If after consulting with their clients, counsel feels the Status Conference is no longer needed, counsel shall contact chambers and the hearing will be vacated.

HEARING CONCLUDED.

**Court in recess: 02:50 p.m.**
Total time in court: 01:21

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.