IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 13-cv-01812-RM-CBS | Date: December 22, 2014 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                        *Counsel:*

ZAHOUREK SYSTEMS, INC., *et al.,*                 Nicole Ressue
                                                  Luke Santangelo

Plaintiff,

v.

BALANCED BODY UNIVERSITY, LLC.,                   Carolyn Juarez
                                                  Gordon Troy

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session: 02:03 p.m.**
Court calls case. Appearances of counsel.

This case comes before the Court in regards to Defendant's MOTION [69] to Compel Production of Documents. Mr. Troy makes oral motion to withdraw MOTION [69] to Compel Production of Documents and MOTION [71] to Supplement [69].

**ORDERED:** Mr. Troy's oral motion is **GRANTED** and MOTION [69] to Compel Production of Documents and MOTION [71] to Supplement [69] are **WITHDRAWN.**

The Plaintiff must produce documents that have been withheld on the basis of arbitration.

HEARING CONCLUDED.

**Court in recess: 03:00 p.m.**
Total time in court: 00:57

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.