# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson<br>Court Reporter:    Tammy Hoffschildt | Date:   March 24, 2016 |

**CASE NO.   13-cv-01812-RM-CBS**

| | |
|---|---|
| ZAHOUREK SYSTEMS, INC., and<br>JON ZAHOUREK, | Nicole Ressue<br>Luke Santangelo |
| Plaintiffs, | |
| v. | |
| BALANCED BODY UNIVERSITY, LLC, | Gordon Troy<br>John Posthumus |
| Defendant. | |

## COURTROOM MINUTES

**ORAL ARGUMENT – Defendant's Motion for Partial Summary Judgment (Doc. 81) and Defendant's Motion to Strike (Doc. 119)**
**COURT IN SESSION**:      10:30 a.m.
Court calls case. Appearances of counsel.

Discussion held and argument given regarding the motions.

Court's findings.

The Court takes the motions under advisement and will issue a written order on or about April 6, 2016.

**ORDERED:**  On or before **May 6, 2016,** Plaintiff shall file a notice or designation specifically stating what the unfair competition and the misappropriation claims are based on, as well as what agreement is the basis for the breach of contract claim.   Within 30 days of the filing of notice or designation, a second motion for summary judgment from either the defendant or the plaintiff shall be filed with respect to those matters previously stated.

**COURT IN RECESS**:       11:32 a.m.
**Total in court time**:      1:02
**Hearing concluded**