# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Civil Action No. 13-cv-01812-RM

ZAHOUREK SYSTEMS, INC., and
JON ZAHOUREK,

    Plaintiffs/Counterclaim Defendants,

v.

BALANCED BODY UNIVERSITY, LLC,

    Defendant/Counterclaim Plaintiff.

---

## ORDER
---

Before the Court is Plaintiffs' Unopposed Motion for Release of Supersedeas Bond. (ECF No. 290.) The Court GRANTS the Motion, and the Supersedeas Bond, which is currently held by Jursico, Inc., located at 1641 Metropolitan Circle, Ste. A, in Tallahassee, FL 32308, in the amount of $31,000.00, is hereby ORDERED to be released to the payee, Santangelo Law Offices, P.C., located at 125 S. Howes Street, Third Floor, Fort Collins, CO 80521, including all accrued interest.

DATED this 22nd day of February, 2021.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge